UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROKER GENIUS INC., <br><br> Plaintiff, <br><br> v. <br><br> GUINIO VOLPONE, <br> RAY VOLPONE, <br> DREW GAINOR, <br> STUART GAINOR, <br> VOLPONE SOFTWARE LLC, <br> GAINOR SOFTWARE, LLC, <br> SEAT SCOUTS LLC and <br> EVENT TICKET SALES LLC, <br><br> Defendants. | Case 1:17-cv-08627-SHS |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Andrew T. Miltenberg, Esq., the exhibits thereto, the accompanying Memorandum of Law and all prior proceedings had herein, Defendants Guinio Volpone, Ray Volpone, Drew Gainor, Stuart Gainor. Volpone Software LLC, Gainor Software, LLC, Seat Scouts LLC and Event Ticket Sales, LLC (collectively "Defendants"), through the undersigned counsel, will move this Honorable Court on a date and at a time set by the Court, in Courtroom 23A in the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, New York 10007, for an Order dismissing Plaintiff Broker Genius' Second Amended Complaint, and for such other and further relief as the Court deems just and proper.

Dated:  New York, New York
       March 15, 2017　　　　　　　NESENOFF & MILTENBERG, LLP
　　　　　　　　　　　　　　　　*Attorneys for Defendants*

　　　　　　　　　　　　　　　　By: */s/ Andrew T. Miltenberg*
　　　　　　　　　　　　　　　　　　Andrew T. Miltenberg, Esq.
　　　　　　　　　　　　　　　　　　Stuart Bernstein, Esq.
　　　　　　　　　　　　　　　　　　Jeffrey S. Berkowitz, Esq.
　　　　　　　　　　　　　　　　363 Seventh Avenue - Fifth Floor
　　　　　　　　　　　　　　　　New York, New York 10001
　　　　　　　　　　　　　　　　212.736.4500

TO: **PEARL COHEN ZEDEK LATZER BARATZ LLP**
**1500 Broadway, 12th Floor**
**New York, New York 10036**
**(646) 878-0800**

## CERTIFICATE Of SERVICE

I hereby certify that on March 15, 2018, a copy of **Defendants' Motion to Dismiss [ECF No. 111], Bernstein Declaration in Support [ECF No. 112] and Memorandum of Law in Support [ECF No. 113]** was filed electronically with this Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Andrew T. Miltenberg*
Andrew T. Miltenberg, Esq.