UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROKER GENIUS INC., <br><br> Plaintiff, <br><br> v. <br><br> GUINIO VOLPONE, <br> RAY VOLPONE, <br> DREW GAINOR, <br> STUART GAINOR, <br> VOLPONE SOFTWARE LLC, <br> GAINOR SOFTWARE, LLC, <br> SEAT SCOUTS LLC and <br> EVENT TICKET SALES LLC, <br><br> Defendants. | Case 1:17-cv-08627-SHS |

**DECLARATION OF ANDREW T. MILTENBERG, ESQ. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S <u>SECOND AMENDED COMPLAINT</u>**

**ANDREW T. MILTENBERG, ESQ.**, hereby declares subject to the penalties of perjury pursuant to 28 U.S.C. § 1746:

1. I am a member of the law firm of Nesenoff & Miltenberg, LLP, attorneys for Defendants Guinio Volpone, Ray Volpone, Drew Gainor, Stuart Gainor, Volpone Software LLC, Gainor Software, LLC, Seat Scouts LLC and Event Ticket Sales LLC (collectively, "Defendants"). I submit this declaration in support of Defendants' Motion to Dismiss Plaintiff Broker Genius' Second Amended Complaint.

2. Annexed hereto as **<u>Exhibit 1</u>** is a true and correct copy of the Second Amended Complaint and the accompanying exhibit filed in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
 March 15, 2018

*/s/ Andrew T. Miltenberg*
Andrew T. Miltenberg, Esq.

1