**PEARL COHEN**

**Pearl Cohen Zedek Latzer Baratz LLP**
Veronica Mullally Muñoz, Senior Partner | VMunoz@PearlCohen.com | 646-878-0881

December 31, 2018

**VIA ECF**

Hon. Sidney H. Stein U.S.D.J.
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RE: **Broker Genius, Inc. v. Seat Scouts et al.**
**(Case No. 1:17-cv-08627-SHS-SN)**

Dear Judge Stein:

  We represent Plaintiff Broker Genius, Inc. in the above-referenced litigation. In preparation for trial, beginning on January 2, 2019 in Courtroom 23A, we are writing to respectfully request the allowance of laptops, tablets, smartphones and the additional allowance of a mobile printer for the following attorneys.

| ATTORNEY | DEVICE(S) |
|---|---|
| 1. Veronica M. Munoz | Laptop, tablet, smartphone |
| 2. Daniel J. Melman | Laptop, tablet, smartphone |
| 3. Miriam Kurien Tyrell | Laptop, tablet, smartphone, mobile printer |
| 4. Nathan D. Renov | Laptop, tablet, smartphone |
| 5. Ari Farkas | Laptop, tablet, smartphone |

  Plaintiff hereby respectfully requests that the Court issue an Order, in the form attached hereto, permitting the allowance of laptops, tablets, smartphones, and a mobile printer for the attorneys listed above from January 2, 2019 until January 16, 2019.

            Yours sincerely,

            /s/ Veronica Mullally Muñoz

            Veronica Mullally Muñoz
            Pearl Cohen Zedek Latzer Baratz LLP

Encl.
CC: Counsel of record (*via* ECF)