USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

BROKER GENIUS INC., : 17-Cv-8627 (SHS)

                Plaintiff, :

  -against- : ORDER

SEAT SCOUTS LLC, and DREW GAINOR, :

                Defendants. :

-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      Argument having been held today on plaintiff's motion for a preliminary injunction in aid of its motion for a turnover order, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.     For the reasons set forth on the record, the Court finds that Pistol Enterprises LLC is a necessary party for purposes of this turnover action;

      2.     Defendant Seat Scouts LLC shall submit a memorandum and any appropriate documents and affidavits explaining why it believes Pistol Enterprises LLC cannot properly be joined to this action as a necessary party for lack of personal jurisdiction on or before June 28, 2019;

      3.     As stated on the record, plaintiff may take a deposition of Paul Martin for the limited purpose of jurisdictional discovery on or before July 17, 2019;

      4.     Plaintiff shall submit its response to defendant's submission on or before July 24, 2019;

5. The Temporary Restraining Order and the Rule 65(c) bond [Doc. No. 413] are extended pending determination by the Court on the plaintiff's motion for a preliminary injunction; and

6. Defendants' application to increase the Rule 65(c) bond is denied.

Dated: New York, New York
June 19, 2019

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.