UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROKER GENIUS, INC.,<br><br>                                    Plaintiff,<br><br>-against-<br><br>SEAT SCOUTS LLC and DREW GAINOR,<br><br>                                    Defendants. | NOTICE OF APPEAL<br><br>Case 1:17-cv-08627-SHS-SN |

Notice is hereby given that Defendants Seat Scouts LLC and Drew Gainor hereby appeal to the United States Court of Appeals for the Second Circuit from the Decision and Order, dated August 12, 2019 (ECF No. 460) awarding civil contempt sanctions, as well as the Court's component Order entered in this action on August 3, 2018 (ECF No. 170), and the Order entered in this action on August 24, 2018 (ECF No. 209) granting Plaintiff's Motion for an Order of Contempt and Sanctions Pursuant to Local Civil Rule 83.6 (ECF No. 136).

Dated:  August 23, 2018

                                                                                HINCKLEY & HEISENBERG LLP

                                                                                By: _____
                                                                                      Christoph Heisenberg

                                                                                880 Third Avenue, Suite 13
                                                                                New York, New York 10022
                                                                                Phone: (212) 845-9094

                                                                                Counsel for Defendants

1