UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BROKER GENIUS INC.,

        Plaintiff,

v.

DREW GAINOR and SEAT SCOUTS LLC,

        Defendants.

---

17-Cv-8627 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

It has been brought to the Court's attention that defendants Drew Gainor and Seat Scouts LLC have publicly disseminated documents produced in this lawsuit marked "CONFIDENTIAL – ATTORNEY'S EYES ONLY." (*See, e.g.*, Letter Dated November 22, 2019, ECF No. 494 Exh. A at 4, 6.)

IT IS HEREBY ORDERED that defendants are directed to remove immediately any online postings that contain this confidential material (including Facebook, Twitter, and online forums).

A conference will take place on Tuesday, November 25, 2019 at 12 P.M.

Dated: New York, New York
November 22, 2019

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.