USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

BROKER GENIUS INC.,                           :          17-Cv-8627 (SHS)

                Plaintiff,                :

      -v-                                        :

SEAT SCOUTS LLC and DREW GAINOR,    :

              Defendants.             :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        IT IS HEREBY ORDERED that defendants shall have until February 12, 2020, to

respond to plaintiff's motion to certify the judgment and for permission to register the judgment

in other districts [ECF No. 522].

Dated: New York, New York
       February 6, 2020

                        SO ORDERED:

                        Sidney H. Stein, U.S.D.J.