UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/3/20

BROKER GENIUS INC.,

Plaintiff,

v.

SEAT SCOUTS LLC and DREW GAINOR,

Defendants.

17-Cv-8627 (SHS)

**JUDGMENT**

SIDNEY H. STEIN, U.S. District Judge.

It is hereby **ORDERED, ADJUDGED, AND DECREED**: that for reasons set forth in the Court's Opinion and Order dated August 12, 2019 (ECF No. 460), plaintiff Broker Genius Inc. has a civil contempt judgment in the sum of $280,039.03 against defendants Drew Gainor and Seat Scouts LLC.

Dated: New York, New York
March 3, 2020

SO ORDERED:

Sidney H. Stein, U.S.D.J.