UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROKER GENIUS, INC.<br><br>                                  Plaintiff,<br><br>-against-<br><br>DREW GAINOR and SEAT SCOUTS LLC,<br><br>                                  Defendants. | Case 1:17-cv-08627-SHS |

**SUGGESTION OF BANKRUPTCY**

PLEASE TAKE NOTICE that on June 15, 2020, Plaintiff Broker Genius, Inc. filed a petition for involuntary bankruptcy against Seat Scouts LLC in the United States Bankruptcy Court for the Nebraska for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the case In re Seat Scouts LLC, Case No. 20−80777−BSK. A copy of the involuntary petition is attached hereto as Exhibit "A".

PLEASE TAKE FURTHER NOTICE that pursuant to section 362(a) of the Bankruptcy Code, the filing on an involuntary petition (Section 303) operates as a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of all judicial, administrative, or other actions or proceedings against the Debtor (i) that were or could have been commenced before the commencement of the Debtor's case or (ii) to recover any claims against the Debtor that arose before the commencement of the Debtor's cases; (b) the enforcement, against the Debtor or against any property of the Debtor's bankruptcy estates, of a judgment obtained before the commencement of the Debtor's cases; or (c) any act to obtain possession of property of or from the Debtor's bankruptcy estate, or to exercise control over property of the Debtor's bankruptcy estate.

Dated: June 16, 2020

                                                                HINCKLEY & HEISENBERG LLP


                                                                By: /s/ Christoph Heisenberg
                                                                880 Third Avenue, Suite 15
                                                                New York, New York 10022
                                                                (212) 845-9094
                                                                Counsel to Seat Scouts LLC

1