Form B2500E (12/09)
suminvol

# UNITED STATES BANKRUPTCY COURT
## District of Nebraska

In Re:

Seat Scouts LLC

Debtor(s)

Case No.  20−80777−BSK
Chapter  7

Judge Brian S. Kruse

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

    A petition under title 11, United States Code was filed against you on June 15, 2020 in this bankruptcy court, requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

**Address of the clerk:**

United States Bankruptcy Court
111 South 18th Plaza, Suite 1125
Omaha, NE 68102

At the same time, you must also serve a copy of the motion or answer upon the petitioner's attorney.

**Name and address of Petitioner's Attorney:**

Douglas E. Quinn
McGrath, North, Mullin & Kratz, P.C.
Suite 3700 First National Tower
1601 Dodge Street
Omaha, NE 68102−1637

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.



/s/ Diane Zech
Clerk, U.S. Bankruptcy Court


By:   s/Beth Evans
Deputy Clerk

(Seal of the U.S. Bankruptcy Court)

Date: 6/16/20

| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| _____ District of __Nebraska__ <br> (State) |
| Case number (*If known*): _____ Chapter __7__ |

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

    Check one:

    ☒ Chapter 7
    ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**

    Seat Scouts, LLC

3. **Other names you know the debtor has used in the last 8 years**

    Include any assumed names, trade names, or *doing business as* names.

    _____

    _____

4. **Debtor's federal Employer Identification Number (EIN)**

    ☐ Unknown

    __81__ – __5247327__ __ __ __ __
    EIN

5. **Debtor's address**

    **Principal place of business**

    __7202 Giles Road, Ste. 4 #330__
    Number    Street

    _____

    __LaVista__    __NE__  __68128__
    City                State    ZIP Code

    __Sarpy__
    County

    **Mailing address, if different**

    _____
    Number    Street

    _____
    P.O. Box

    _____
    City                State    ZIP Code

    **Location of principal assets, if different from principal place of business**

    _____
    Number    Street

    _____

    _____
    City                State    ZIP Code

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor   __Seat Scouts, LLC_____   Case number (if known)_____
         Name

| 6. | Debtor's website (URL) | _____ |

| 7. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|    |                | ☐ Partnership (excluding LLP) |
|    |                | ☐ Other type of debtor. Specify: _____ |

| 8. | Type of debtor's business | Check one: |
|    |                           | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
|    |                           | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
|    |                           | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
|    |                           | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
|    |                           | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
|    |                           | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
|    |                           | ☒ None of the types of business listed. |
|    |                           | ☐ Unknown type of business. |

| 9. | To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor? | ☒ No |
|    |                                                                                                                         | ☐ Yes. Debtor _____  Relationship _____ |
|    |                                                                                                                         | District _____ Date filed _____ Case number, if known _____ |
|    |                                                                                                                         |                                         MM / DD / YYYY |
|    |                                                                                                                         | Debtor _____  Relationship _____ |
|    |                                                                                                                         | District _____ Date filed _____ Case number, if known _____ |
|    |                                                                                                                         |                                         MM / DD / YYYY |

**Part 3:   Report About the Case**

| 10. | Venue | Check one: |
|     |       | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
|     |       | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| 11. | Allegations | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
|     |             | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
|     |             | *At least one box must be checked:* |
|     |             | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
|     |             | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| 12. | Has there been a transfer of any claim against the debtor by or to any petitioner? | ☒ No |
|     |                                                                                     | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Official Form 205          Involuntary Petition Against a Non-Individual          page 2

Debtor  **Seat Scouts, LLC**
      Name

Case number (if known) _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Broker Genius, Inc. | Judgment | $ 1,780,039.03 plus interest |
| 366 5th Ave, 4th Floor | | $ |
| New York, NY 10001 | | $ |
| | Total of petitioners' claims | $ 1,780,039.03 plus interest |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Attorneys**

**Name and mailing address of petitioner**

Broker Genius, Inc.
Name

366 5th Ave., 4th Floor
Number  Street

New York     NY     10001
City     State     ZIP Code

Douglas E. Quinn
Printed name

McGrath North Mullin & Kratz, PC LLO
Firm name, if any

1601 Dodge Street, Ste. 3700
Number  Street

Omaha     NE     68102
City     State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Sam Sherman
Name

366 5th Ave., 4th Floor
Number  Street

New York     NY     10001
City     State     ZIP Code

Contact phone  402-340-3070  Email dquinn@mcgrathnorth.com

Bar number  15742

State  Nebraska

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/15/2020
            MM / DD / YYYY

X _____ CEO
Signature of petitioner or representative, including representative's title

X  /s/ Douglas E. Quinn
Signature of attorney

Date signed  06/15/2020
            MM / DD / YYYY

Official Form 205      Involuntary Petition Against a Non-Individual      page 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. _____ |
| | ) | |
| SEAT SCOUTS, LLC, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## PETITIONING CREDITOR BROKER GENIUS, INC.'S DISCLOSURE OF CORPORATE AFFILIATIONS, FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), Broker Genius, Inc., makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

*[INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]*

☐  This party is an individual.

☐  This party is a publicly held corporation or other publicly held entity.

☒  This party has parent corporations.

      If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

      Volition Capital Fund III, L.P.

☐  Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

      If yes, identify all such owners:

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify all corporations or entities and the nature of their interest:

☐ This party is a limited liability company or limited liability partnership.

    If yes, identify each member of the entity and the member's state of citizenship:

☐ This party is an unincorporated association or entity.

    If yes, identify the members of the entity and their states of citizenship:

Dated this 15th day of June, 2020.

                                  **BROKER GENIUS, INC., Petitioning Creditor,**

                                  /s/ Douglas E. Quinn
                                Douglas E. Quinn, #15742
                                McGrath North Mullin & Kratz, PC LLO
                                First National Tower, Suite 3700
                                1601 Dodge Street
                                Omaha, Nebraska  68102
                                Phone: (402) 341-3070
                                Fax: (402) 952-6896
                                dquinn@mcgrathnorth.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing document was served upon all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system on the 15th day of June 2020.

                                  s/Douglas E. Quinn

2