**Pearl Cohen Zedek Latzer Baratz LLP**
Veronica Mullally Muñoz, Senior Partner | VMunoz@PearlCohen.com | (646) 878-0881

June 16, 2020

<u>**VIA ECF**</u>

Hon. Sidney H. Stein, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Courtroom 23A
New York, NY 10007-1312

   Re: *Broker Genius, Inc. v. Seat Scouts et al* (Case No. 1:17-cv-08627-SHS-SN)

Dear Judge Stein,

  We represent Plaintiff Broker Genius, Inc. ("Broker Genius") in the above-referenced action and write briefly to apologize if it seems we were delinquent in informing the Court about the bankruptcy filing referenced in Mr. Heisenberg's letter of earlier today.  D.I. 568 and 569.  The filing was made at the end of the day yesterday by counsel for Broker Genius in Nebraska – less than 24 hours ago.  We meant no disrespect to the Court and did not seek any purposeful delay in reporting the filing to the Court.

          Respectfully,

          <u>/s/ Veronica Muñoz</u>

          Veronica Mullally Muñoz
          Pearl Cohen Zedek Latzer Baratz LLP

cc: Counsel of record (*via* ECF)