UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

BROKER GENIUS INC.,                                : 17-Cv-8627 (SHS)

                Plaintiff,                    :

                -v-                             : <u>ORDER</u>

SEAT SCOUTS, LLC and DREW GAINOR,    :

                Defendants.                 :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    At the request of the plaintiff [Doc. No. 577],

    IT IS HEREBY ORDERED that:

    1.    This action is stayed pursuant to 11 U.S.C. § 362; and

    2.    All pending motions in this matter [Doc Nos. 414, 464, 470, 481, 486, 545, and 550] are dismissed without prejudice, pending the outcome of the bankruptcy proceeding.

Dated: New York, New York
       September 21, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.