UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

BROKER GENIUS INC.,                                      :        17-Cv-8627 (SHS)

          Plaintiff,                                         :        <u>ORDER OF DISMISSAL</u>

        -v-                                                          :

SEAT SCOUTS LLC and DREW GAINOR,         :

          Defendants.                                     :

----------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      The parties to this action having stipulated [Doc. No. 580] to dismiss this action, including all claims and counterclaims, with prejudice, with each party to bear its own fees and costs; and to seek the vacatur of (1) the February 7, 2019, Permanent Injunction against defendants [Doc. No. 387], and (2) the prohibition on certain sales of products by Seat Scouts LLC contained in the Memorandum and Order dated June 16, 2020 [Doc. No. 567]; and that $50,000.00 in funds deposited by Broker Genius with the Clerk of Court on June 6, 2019, pursuant to the Court's Order to Show Cause for Temporary Restraining Order and Preliminary Injunction [Doc. No. 413] be released to Broker Genius,

      IT IS HEREBY ORDERED that:

      1.     This action is dismissed, including all claims and counterclaims, with prejudice, with each party to bear its own fees and costs;

      2.     The Permanent Injunction dated February 7, 2019 [Doc. No. 387] against defendants is vacated;

      3.     The prohibition on certain sales of products by Seat Scouts LLC set forth in the Memorandum and Order dated June 16, 2020 [Doc. No. 567] is vacated; and

      4.     The $50,000.00 in funds deposited by Broker Genius with the Clerk of Court on June 6, 2019, pursuant to the Court's Order to Show Cause for Temporary Restraining Order and Preliminary Injunction [Doc. No. 413] be released to Broker Genius.

Dated: New York, New York
       December 23, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.